**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT WHARTON, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 01-6049 |
| | : | |
| DONALD T. VAUGHN, et al., | : | **CAPITAL CASE** |
| | : | |
| Respondents. | : | |

**NOTICE OF JOINT FILING
OF PROPOSED ORDER**

PLEASE TAKE NOTICE that the parties respectfully submit the accompanying proposed

Order granting habeas corpus relief in part, as to the sentences of death, on the ground of counsel's

ineffectiveness at the second penalty hearing.

Respectfully submitted,

/s/  Claudia Van Wyk
LEIGH M. SKIPPER
Chief Federal Defender, by
VICTOR J. ABREU
CLAUDIA VAN WYK

MAX C. KAUFMAN
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA  19107
215-686-5747
Max.Kaufman@phila.gov

*Counsel for Respondents*

Federal Community Defender Office
  Eastern District of Pennsylvania
Capital Habeas Corpus Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA  19106
(215) 928-0520
Victor_Abreu@fd.org
Claudia_VanWyk@fd.org

*Counsel for Petitioner, Robert Wharton*

Dated:  February 8, 2019                    .