IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | CIVIL ACTION |
| Petitioner, | No. 01-6049 |
| v. | THIS IS A CAPITAL CASE |
| **DONALD T. VAUGHN, et al.** | |
| Respondents. | |

## ORDER

**AND NOW**, this 19th day of February, 2019, upon consideration of Petitioner's "Petition for Appointment of New Counsel" (Doc. Nos. 152 & 153), and following a hearing during which Petitioner withdrew the Petition, it is hereby **ORDERED** that the Petition is **DENIED AS WITHDRAWN.**

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**