IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHARTON | : | CIVIL ACTION |
| Petitioner | : | No. 01-6049 |
| v. | : | CAPITAL CASE |
| TAMMY FERGUSON, Superintendent, | : | |
| Respondent | : | |

**ORDER**

FILED
AUG 1 3 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW, this 13th day of August, 2019, upon consideration of the Pennsylvania Office of Attorney General's Motion for Leave to Reply to District Attorney at Time of Reply to Petitioner, it is hereby ORDERED that the Motion is GRANTED.

Accordingly, it is HEREBY ORDERED that the Office of Attorney General may file a single response to the reply briefs of Petitioner Robert Wharton and the Philadelphia District Attorney's Office on or before September 6, 2019. Our Order of July 29, 2019, shall otherwise remain in full force and effect.

BY THE COURT:

_____
Honorable Mitchell S. Goldberg
United States District Judge