# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | **CAPITAL CASE** |
| v. | : | |
| | : | |
| **DONALD VAUGHN, et al.** | : | **NO. 01-6049** |
| *Respondents.* | | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the respondents in the above-captioned matter.

*/s/ Nancy Winkelman*

Nancy Winkelman
Supervisor
Law Division

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | **CAPITAL CASE** |
| v. | : | |
| | : | |
| **DONALD VAUGHN, et al.** | : | **NO. 01-6049** |
| *Respondents.* | | |

### CERTIFICATE OF SERVICE

I, Nancy Winkelman, hereby certify that on August 19, 2019, a copy of the foregoing notice was served by placing, same, first-class postage prepaid, in the United States mail addressed to:

>Victor Abreu, Esq.
>Claudia Vanwyk, Esq.
>Federal Community Defender Office
>601 Walnut Street
>Suite 545 West, The Curtis Center
>Philadelphia, PA 19106

>*/s/ Nancy Winkelman*
>_____
>Nancy Winkelman
>Supervisor
>Law Division
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia, PA 19107-3499
>(215) 686-5700