IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WHARTON, | CIVIL ACTION |
| Petitioner, | No. 01-6049 |
| v. | THIS IS A CAPITAL CASE |
| DONALD T. VAUGHN, et al. | |
| Respondents. | |

## ORDER

**AND NOW**, this 4th day of September, 2019, upon consideration of Petitioner's "Renewed Petition for Appointment of New Counsel" (Doc. No. 164), and for the reasons stated on the record during the August 28, 2019, hearing regarding the Petition, it is hereby **ORDERED** that the Petition is **DENIED.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*

Mitchell S. Goldberg, J.