IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHARTON, | : | CIVIL ACTION |
| Petitioner, | : | No. 01-6049 |
| v. | : | THIS IS A CAPITAL CASE |
| DONALD T. VAUGHN, et al. | : | |
| Respondents. | : | |

### ORDER

AND NOW, this 25th day of September 2019, upon consideration of Petitioner's "Unopposed Motion for Stay or Continuance and Consolidated Response to Amicus Brief and Court's Questions" (Doc. No. 180), and the "Motion to Hold § 2254 Petition in Abeyance" filed by the Philadelphia District Attorney's Office (Doc. No. 181), it is hereby **ORDERED** that the Motions are **DENIED IN PART**. Specifically, to the extent that these Motions request that this matter be stayed pending the Pennsylvania Supreme Court's decision in Commonwealth v. Cox, these Motions are **DENIED**. In all other respects, these Motions are held under advisement.

BY THE COURT:

_/s/ Mitchell S. Goldberg_
Mitchell S. Goldberg, J.