# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | CIVIL ACTION |
| Petitioner, | No. 01-6049 |
| v. | |
| **DONALD T. VAUGHN, et al.** | |
| Respondents. | |

## ORDER

**AND NOW,** this 12th day of February, 2020, upon consideration of the parties' supplemental briefing and the *amicus curiae* brief of the Pennsylvania Office of the Attorney General, it is hereby **ORDERED** that:

- An evidentiary hearing on Petitioner's remaining § 2254 habeas claim is scheduled for **April 1, 2020 at 10:00 a.m. in Courtroom 4-B**.

- As detailed in the accompanying Memorandum Opinion, the Pennsylvania Office of the Attorney General may participate at this hearing as *amicus curiae* and may call and cross-examine witnesses.

- Prior to the hearing, counsel for the parties and the Attorney General shall serve upon all other counsel:

    - a copy of each exhibit the party or the Attorney General expects to offer at the hearing, together with an index of all exhibits;

    - a list of all witnesses that the party or the Attorney General expects to testify; and

    - proposed stipulations.

- Declarations of witnesses will only be admitted by agreement of the parties.

- The parties and the Attorney General may present evidence regarding the Philadelphia District Attorney's Office's communication with the victims' family in connection with its concession of penalty phase relief.

                    **BY THE COURT:**

                    */s/ Mitchell S. Goldberg*
                    **MITCHELL S. GOLDBERG, J.**