# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | CIVIL ACTION |
| Petitioner, | No. 01-6049 |
| v. | |
| **DONALD T. VAUGHN, et al.** | |
| Respondents. | |

## ORDER

**AND NOW,** this 23rd day of April, 2020, the call in details for the telephone conference scheduled for **Wednesday, April 29, 2020 at 2:00 p.m.** is as follows: Dial 703-724-3100; Conference Code 2000049#; Pin 2020#.


BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**