## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| Petitioner, | : | No. 01-6049 |
| v. | : | |
| **DONALD T. VAUGHN, et al.** | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 29th day of September, 2020, upon consideration of the parties' Joint Status Report (ECF No. 205), it is hereby **ORDERED** that a telephone conference is scheduled on **Monday, October 5, 2020 at 2:00 p.m.** Counsel shall be prepared to identify any witnesses who will testify at the hearing and discuss counsel's availability as well as the availability of each witness. Counsel should dial 571-353-2300, 427102124#, to connect.

BY THE COURT:

*/s/ Mitchell S. Goldberg* _____
**MITCHELL S. GOLDBERG, J.**

1