**DATE OF NOTICE:** October 5, 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| Petitioner, | : | No. 01-6049 |
| v. | : | |
| **DONALD T. VAUGHN, et al.** | : | |
| Respondents. | : | |

### NOTICE * TIME CHANGE *

Please take notice that the Telephone Conference scheduled for **Monday, October 5, 2020** at 2:00 p.m. is moved to **3:00 P.M.**  Counsel are directed to dial in to 571-353-2300, 427102124#, to connect.

                            **FOR THE COURT:**

                            ***/s/ Sharon Lippi***
                            **Sharon Lippi, Civil Deputy to**
                            **Hon. Mitchell S. Goldberg**