IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON**<br>AY-6874<br>Phoenix<br>State Correctional Institution<br>1200 Mokychic Road<br>Collegeville, PA 19426,<br><br>               Petitioner,<br><br>      v.<br><br>**DONALD T. VAUGHN, et al.**<br><br>               Respondents. | **CIVIL ACTION**<br><br>No. 01-6049 |

## ORDER

**AND NOW,** this 17th day of November, 2020, it is hereby **ORDERED** that:

- An evidentiary hearing on Petitioner's remaining § 2254 habeas claim shall be held on

  – **February 18, 2021** at **9:00 a.m.**;

  – **February 25, 2021** at **1:00 p.m.**;

  – **March 8, 2021** at **1:00 p.m.**; and

  – **March 16, 2021** at **9:00 a.m.**

  The parties should report to **Courtroom 15-A** on all of the above dates.

- Petitioner shall **APPEAR** at the hearing via videoconference from S.C.I. Phoenix, the state penal institution at which he is being held.

- The Superintendent of S.C.I. Phoenix shall **PRODUCE Robert Wharton (AY-6874)** to appear for the hearing via video.

- **By no later than January 11, 2021**, if counsel has not already done so, counsel shall

1

serve:

- A copy of each exhibit that the party or the Pennsylvania Office of the Attorney General expect to offer at the hearing, together with an index of all exhibits;

- A list of all witnesses that the party or Pennsylvania Office of the Attorney General expect will be called; and

- Any proposed stipulations.

- **By no later than January 18, 2021**, the parties may file, if necessary, motions *in limine*.

- Any responses to motions *in limine* shall be filed **by no later than February 1, 2021**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**