# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBERT WHARTON, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : No. 01-6049 |
| DONALD T. VAUGHN, et al., | : **CAPITAL CASE** |
| Respondents. | : |

**AND NOW**, on this ___ day of _____, 2021, upon consideration of Petitioner's Motion for Extension of Time to File Supplemental Expert Report and all other submissions in this matter, it is hereby **ORDERED** that the motion is granted.

BY THE COURT:

_____
Mitchell S. Goldberg, U.S.D.J.