## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| Petitioner, | : | No. 01-6049 |
| v. | : | |
| **DONALD T. VAUGHN, et al.** | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 22nd day of January, 2021, upon consideration of Petitioner's "Motion for Extension of Time to Submit Supplemental Expert Report" (ECF No. 215), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**