IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WHARTON, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| | : |
| v. | : No. 01-6049 |
| | : |
| JAMIE SORBER, et al., | : **CAPITAL CASE** |
| | : |
| Respondents. | : |

**PETITIONER'S MOTION FOR ORDER
AUTHORIZING PAYMENT FOR WITNESS TRAVEL**

Petitioner, Robert Wharton, through counsel, respectfully requests an order authorizing the United States Marshals to arrange and pay for the travel costs of a witness, and in support states as follows:

1. The evidentiary hearing in this matter is scheduled to take place on the following dates: February 18 & 25, March 8 & 16, 2021. Petitioner is indigent and undersigned counsel has been appointed to represent him because of Petitioner's indigence. Petitioner is financially unable to pay for service or for the fees of witnesses.

2. Mr. Wharton's trial counsel, William Cannon, is a necessary witness at the evidentiary hearing and is available to testify on March 8, 2021. Mr. Cannon currently resides in Estero, Florida.[1]

---

[1] Pursuant to ECF regulations Mr. Cannon's address is removed but will be provided to the United States Marshals.

3. Petitioner requests that the Court, pursuant to 18 U.S.C. §1825 (b), order the United States marshals to pay for travel costs and witness fees in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

4. Petitioner respectfully requests that the Court rule in an expedited manner so as to provide the Marshals with sufficient time to arrange the witness's travel.

WHEREFORE, Petitioner respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ Elizabeth McHugh
ELIZABETH MCHUGH
Pa. Bar No. 70130
CLAUDIA VAN WYK
Pa. Bar No. 95130
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis – Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928–0520

Counsel for Petitioner

Dated: February 12, 2021
Philadelphia, Pennsylvania

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be filed and served upon the following person by ECF:

NANCY WINKELMAN
Supervisor, Law Division
PAUL M. GEORGE
Assistant Supervisor, Law Division
District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107-2499

JAMES P. BARKER
Chief Deputy Attorney General
CARI L. MAHLER
Office of the Attorney General
Criminal Law Division
Appeals and Legal Services Section
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Elizabeth McHugh
Elizabeth McHugh

Dated: February 12, 2021