DATE OF NOTICE:  March 2, 2021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHARTON,** | : | **CIVIL ACTION** |
| Petitioner, | : | No. 01-6049 |
| v. | : | |
| **DONALD T. VAUGHN, et al.** | : | |
| Respondents. | : | |

## **NOTICE**

Please take notice that a **Telephone Conference** in the above-captioned matter is scheduled for **Tuesday, March 2, 2021 at 3:00 p.m.**  The conference will be held on the record. Counsel are directed to dial in to 571-353-2300; passcode 427102124#.


FOR THE COURT:


*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to**
**Hon. Mitchell S. Goldberg**