IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHARTON | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, et al. | : | No. 01-6049 |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 8th day of March, 2021, it is hereby **ORDERED** that Petitioner's "Motion for Order Authorizing Payment for Witness Travel" (ECF No. 224) is **DENIED as moot**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**