# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON** : | |
| : | **CIVIL ACTION** |
| Petitioner, : | |
| v. : | |
| : | |
| **DONALD T. VAUGHN, et al.** : | No. 01-6049 |
| : | |
| Respondents. : | |
| : | |

## ORDER

**AND NOW,** this 1st day of April, 2021, upon consideration of Petitioner's *pro se* "Motion for Recusal" (ECF No. 209), it is hereby **ORDERED** that the motion (ECF No. 209) is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**