DATE OF NOTICE:       May 3, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | CIVIL ACTION |
| Petitioner, | No. 01-6049 |
| v. | |
| **DONALD T. VAUGHN, et al.** | |
| Respondents. | |

## NOTICE

A TELEPHONE CONFERENCE in the above captioned matter is scheduled to be held on **Tuesday, May 4, 2021 at 3:30 p.m.**  Counsel should call in as follows:

**Dial 1-571-353-2300; Passcode 427102124#**

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**

1