# iN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

April 28, 2021

TO: Kate Barkman, Clerk
    601 Market St.
    Room 2609
    Phila. Pa. 19106-1797

FROM: Robert Wharton
    AY-6874
    1200 Mokychic Dr.
    Collegeville, Pa. 19426

RE: Robert Wharton v. Donald T. Vaughn,
    No. 01-6049

Dear Clerk:

Please find enclosed for filing in the above captioned matter three(3) copies of a Notice of Appeal (one for the court and each party) and unsworn declaration of mailing.

As I have already been granted in forma pauperis status, I am not obligated, per FRCP 24(a)(3), to file an in forma pauperis statement with the Notice of Appeal.

Very truly yours,

Robert Wharton

Robert Wharton

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHARTON, | : | |
| APPELLANT, | : | CIVIL ACTION |
| v. | : | |
| DONALD T. VAUGHN, et. al. | : | NO. 01-6049 |
| RESPONDENTS. | : | JUDGE MITCHELL S.GOLDBERG |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Robert Wharton, Appellant, in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order of the United States District Court entered on April 1, 2021, denying recusal.

(s)_____

Robert Wharton, Pro se
AY-6874
1200 Mokychic Dr.
Collegeville, Pa. 19426

Dated: April 28, 2021

## DECLARATION OF ROBERT WHARTON

## PURSUANT TO  28 U.S.C.  §1746

    I, Robert Wharton, hereby verify under penalty of perjury under the laws of the United States of America, that the foregoing Notice of Appeal has been sent to the clerk of the United States District Court-Eastern District, signed cash slip attached, via first class mail on this date.

Robert Wharton, Pro se
AY-6874
1200 Mokychic Dr.
Collegeville, Pa. 19426

Dated: April 28, 2021

Robt. Wharton
AY-6874
1200 Motychic Dr.
Collegeville, Pa
19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL



neopost
04/29/2021
US POSTAGE $000.71

FIRST-CLASS MAIL



ZIP 19426
041M12252211

K. Bartman, Clerk
601 Market St.
Rm. 2609
Phila. Pa. 19106 - 1797

USPS
X-RAY

i9i0631732 C0i9