**DATE OF NOTICE:**        May 10, 2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT WHARTON,** | **CIVIL ACTION** |
| Petitioner, | No. 01-6049 |
| v. | |
| **DONALD T. VAUGHN, et al.** | |
| Respondents. | |

**NOTICE**

Please take notice that the Evidentiary Hearing in the above-captioned case scheduled for **Tuesday, May 11, 2021** will now begin at **10:00 a.m.** in Courtroom 15-A.

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to**
**Hon. Mitchell S. Goldberg**

1