# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON** <br> **AY-6874** <br> **Phoenix** <br> **State Correctional Institution** <br> **1200 Mokychic Road** <br> **Collegeville, PA 19426,** <br><br> *Petitioner*, <br><br> v. <br><br> **DONALD T. VAUGHN, et al.** <br><br> *Respondents*. | **CIVIL ACTION** <br><br> No. 01-6049 |

## ORDER

**AND NOW,** this 23rd day of June, 2021, it is hereby **ORDERED** that an Evidentiary Hearing in the above-captioned case is scheduled for **Thursday, August 5, 2021 at 10:00 a.m. in Courtroom 11-A.** Petitioner shall **APPEAR** at the hearing via videoconference from S.C.I. Phoenix, the state penal institution at which he is being held. The Superintendent of S.C.I. Phoenix shall **PRODUCE Robert Wharton (AY-6874)** to appear for the hearing via video.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**