IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON** : | |
| : | **CIVIL ACTION** |
| Petitioner, : | |
| : | No. 01-6049 |
| v. : | |
| : | |
| **DONALD T. VAUGHN, et al.** : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW,** this 10th day of August, 2021, following evidentiary hearings held on February 25, 2021, March 8, 2021, March 16, 2021, May 11, 2021, and August 5, 2021, it is hereby **ORDERED** that:

- **By no later than September 30, 2021,** Petitioner Robert Wharton and Respondent the Philadelphia District Attorney's Office shall file briefs, not to exceed twenty-five double-spaced pages, regarding the following issues:

  - (1) Whether, under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), Wharton has proven that: his counsel acted unreasonably by failing to investigate and/or present prison adjustment evidence for the period between his two death penalty verdicts, and, had his counsel presented that evidence at the second penalty hearing, there is a reasonable probability that at least one juror would have voted against imposing the death penalty; and

  - (2) Whether the District Attorney complied with federal and/or Pennsylvania state crime victims' rights statutes in its communications with Lisa Hart and/or the

1

>   immediate relatives of Bradley and Ferne Hart.
>
>   – (3) Whether I should accept Wharton and the District Attorney's stipulation to admit the expert report of Cynthia Link, who did not testify.

- **By no later than October 22, 2021**, the Attorney General may file a brief in response to these issues, not to exceed twenty-five double-spaced pages.

                **BY THE COURT:**

                */s/ Mitchell S. Goldberg*
                **MITCHELL S. GOLDBERG, J.**