# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ROBERT WHARTON,

        Petitioner,

    v.

DONALD T. VAUGHN, et al.,

        Respondents.

_____

CIVIL ACTION

No. 01-6049

**CAPITAL CASE**

## PARTIALLY UNOPPOSED MOTION FOR OPPORTUNITY TO REPLY

Petitioner Robert Wharton moves, without opposition from the District Attorney but with opposition from the amicus curiae, the Attorney General, for an opportunity to reply to the Attorney General's response to the post-hearing briefs of Mr. Wharton and the District Attorney. He states the following in support of the motion:

1. On August 10, 2021, this Court issued an order requiring Petitioner Wharton and Respondent, represented by the Philadelphia District Attorney's Office, to file post-hearing briefs of no more than twenty-five pages to address three specified issues by September 30, 2021. The Court also ordered the amicus curiae, the Office of the Attorney General, to respond by October 22, 2021. ECF No. 271.

2. Given the extensive testimony and contested nature of the hearing in this matter, counsel for Mr. Wharton anticipates that a reply to the Attorney General will be warranted and helpful to the Court. Mr. Wharton accordingly requests that the Court allow his counsel ten days, until November 1, 2021, to reply to the Attorney General's response.

3. On August 11, 2021, I exchanged email messages with Paul George, Assistant Supervisor, Law Division, Office of the District Attorney. He indicated that the Commonwealth has no objection to Mr. Wharton's motion. On August 12, 2021, Chief Deputy Attorney General James Barker informed me by email that the amicus curiae does oppose allowing Mr. Wharton an opportunity to reply to the amicus's response.

## CONCLUSION

For the reasons above, the Court should allow counsel for petitioner Wharton until November 1, 2021, to file any reply to the Attorney General's brief in response to Mr. Wharton's post-hearing brief.

Respectfully submitted,

LEIGH M. SKIPPER
Chief Federal Defender, by

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
VICTOR ABREU
Federal Community Defender Office
 Eastern District of Pennsylvania
Capital Habeas Corpus Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA  19106
(215) 928-0520
claudia_vanwyk@fd.org
victor_abreu@fd.org

*Counsel for Petitioner Robert Wharton*

Dated:  August 12, 2021

# CERTIFICATE OF SERVICE

I, CLAUDIA VAN WYK, hereby certify that on this date I served a copy of the foregoing on the following persons in the manner indicated below:

BY ELECTRONIC SERVICE THROUGH ECF

PAUL M. GEORGE
Assistant Supervisor, Law Division
NANCY WINKELMAN
Supervisor, Law Division
Office of the Philadelphia District Attorney
3 South Penn Square
Philadelphia, PA 19107

JAMES P. BARKER
Chief Deputy Attorney General
CARI L. MAHLER
Senior Deputy Attorney General
Office of Attorney General
Criminal Law Division
Appeals and Legal Services Section
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Claudia Van Wyk
Claudia Van Wyk

Dated:  August 12, 2021