IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON** : | |
| : | **CIVIL ACTION** |
| Petitioner, : | No. 01-6049 |
| : | |
| v. : | |
| : | |
| **DONALD T. VAUGHN, et al.** : | |
| : | |
| Respondents. : | |

### ORDER

**AND NOW,** this 12th day of August, 2021, upon consideration of Petitioner Robert Wharton's "Partially Unopposed Motion for Opportunity to Reply" (ECF No. 272), it is hereby **ORDERED** that the motion is **GRANTED**. **By no later than November 1, 2021,** Wharton may file a Reply brief, not to exceed 10 double-spaced pages. **No further briefing shall be permitted.**

BY THE COURT:

  /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1