IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** *Petitioner*, v. **DONALD T. VAUGHN,** *Respondent*. | Civil Action No. 01-cv-6049 |

## ORDER

**AND NOW**, this 13th day of May, 2022, for the reasons set out in my May 11, 2022 Memorandum Opinion, noting a possible breach of the duty of candor to the Court on the part of the Philadelphia District Attorney's Office, it is hereby **ORDERED** that the Supervisor of the District Attorney's Office's Federal Litigation Unit, who signed the February 6, 2019 concession and thereafter submitted, along with Petitioner's counsel, the proposed order suggesting that I grant the petition for habeas corpus vacating the jury's verdict, **shall appear for a hearing on June 2, 2022, at 9:30 a.m. in Courtroom 17-A** to address the concerns raised in my Opinion.[1]

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

---

[1] Counsel for all parties including the Attorney Generals' Office shall be present at the hearing.