# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ROBERT WHARTON,**
**Petitioner**

**No. 01-cv-6049**

v.

**DONALD T. VAUGHN**
**Respondent**

## ENTRY OF APPEARANCE

David Rudovsky hereby enters his appearance on behalf of the Office of the District Attorney of Philadelphia limited to the issues presented by the Court's Orders of May 22, 2022, ECF No. 288 and May 13, 2022, ECF No. 286.

/s/David Rudovsky
Kairys, Rudovsky, Messing, Feinberg, & Lin,
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400
drudovsky@krlawphila.com