### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WHARTON, | : |
| *Petitioner,* | : Civil Action No.: 2:01-cv-06049-MSG |
| v. | : |
| DONALD T. VAUGHN, | : |
| *Respondent.* | : |

### **PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter the appearance of Andrew M. Erdlen of the law firm of Hangley Aronchick Segal Pudlin & Schiller as attorney for the Philadelphia District Attorney's Office in the above-captioned matter.

|  |  |
|---|---|
|  | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Date: June 1, 2022 | By: */s/ Andrew M. Erdlen* |
|  | John S. Summers (Atty. I.D. #41854) |
|  | jsummers@hangley.com |
|  | Andrew M. Erdlen (Atty. I.D. #320260) |
|  | aerdlen@hangley.com |
|  | One Logan Square, 27th Floor |
|  | Philadelphia, PA 19103 |
|  | (215) 568-6200 |
|  | *Counsel for Philadelphia District Attorney's Office* |

## **CERTIFICATE OF SERVICE**

I, Andrew M. Erdlen, hereby certify that on June 1, 2022 I caused to be served the foregoing Praecipe for Entry of Appearance on behalf of the Philadelphia District Attorney's Office to be served on all counsel of record by the Court's Electronic Case Filing (ECF) system.

By: */s/ Andrew M. Erdlen*
Andrew M. Erdlen