**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT WHARTON,** | |
| *Petitioner*, | Civil Action |
| *v.* | No. 01-cv-6049 |
| **DONALD T. VAUGHN,** | |
| *Respondent.* | |

## ORDER

**AND NOW**, this 1st day of June, 2022, upon consideration of the Pennsylvania Office of the Attorney General's Motion to Continue the June 10, 2022 Hearing (ECF No. 289), it is hereby **ORDERED** that the Motion is **DENIED**. Ms. Mahler is excused from attending the June 10 Hearing and Mr. Barker shall be present for the Attorney General's Office.

BY THE COURT:

 */s/ Mitchell S. Goldberg* 
MITCHELL S. GOLDBERG, J.