IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBERT WHARTON, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : No. 01-6049 |
| JAMIE SORBER, et al., | : CAPITAL CASE |
| Respondents. | : |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Petitioner/Appellant, Robert Wharton, hereby provides notice of his appeal to the United States Court of Appeals for the Third Circuit from the District Court's final judgment and order, dated May 11, 2022, denying relief, and from each and every aspect of that judgment. This appeal is timely, under F.R.App.P. 4(a)(1)(A), because it has been filed within thirty days after entry of the Order docketed on May 11, 2021.

Respectfully submitted,

/s/Elizabeth McHugh
ELIZABETH McHUGH
PA Bar No. 70130
Assistant Federal Defender
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

Counsel for Petitioner, Robert Wharton

Dated: June 2, 2022

## CERTIFICATE OF SERVICE

I, ELIZABETH McHUGH, hereby certify that on this date I served a copy of the foregoing on the following persons in the manner indicated below:

BY ELECTRONIC SERVICE THROUGH ECF

PAUL M. GEORGE
Assistant Supervisor, Law Division
NANCY WINKELMAN
Supervisor, Law Division
Office of the Philadelphia District Attorney
3 South Penn Square
Philadelphia, PA 19107

JAMES P. BARKER
Chief Deputy Attorney General
CARI L. MAHLER
Senior Deputy Attorney General
Office of Attorney General
Criminal Law Division
Appeals and Legal Services Section
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Elizabeth McHugh
Elizabeth McHugh

Dated: June 2, 2022