IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | |
| *Petitioner,* | Civil Action |
| *v.* | No. 01-cv-6049 |
| **DONALD T. VAUGHN,** | |
| *Respondent.* | |

## ORDER

**AND NOW**, this 6th day of June, 2022, upon consideration of the Motion to Continue Hearing filed by the Philadelphia District Attorney's Office (ECF #294), it is hereby **ORDERED** that the motion is **GRANTED**. The hearing scheduled for June 10, 2022 is **RESCHEDULED** to be held on **Thursday, June 23, 2022 at 9:00 a.m. in Courtroom 17-A.**

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**