Date Of Notice:     June 9, 2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** | |
| *Petitioner*, | Civil Action |
| v. | No. 01-cv-6049 |
| **DONALD T. VAUGHN,** | |
| *Respondent*. | |

## NOTICE

Please take notice that the Pre-hearing Telephone Conference scheduled for June 14, 2022 at 9:00 a.m. is **RESCHEDULED** to be held on **Tuesday, June 21, 2022 at 9:00 a.m.**  The conference will be held on the record.  Counsel are directed to dial in as follows:  (1) Call: <u>888-684-8852</u>; (2) Enter access code: <u>2187450#</u>;  (3) Press <u>#</u> to enter as a participant.  Counsel for all parties and the Attorney General's Office shall be present for the conference.

**FOR THE COURT:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**