| From: | jbarker_attorneygeneral.gov |
|---|---|
| To: | Owen Healy; Summers, John S.; VanWyk, Claudia (FD); McHugh, Elizabeth (FD); max.kaufman@phila.gov; nancy.winkelman@phila.gov; paul.george@phila.gov; Erdlen, Andrew M.; drudovsky_krlawphila.com; Mahler, Cari |
| Cc: | Chambers of Judge Mitchell S Goldberg |
| Subject: | RE: [ EXTERNAL ] Wharton v. Vaughn (E.D. Pa. 01-cv-6049) -- Request for Information |
| Date: | Tuesday, June 28, 2022 2:30:56 PM |
| Attachments: | DeRamus memorandum.pdf |

---

**CAUTION - EXTERNAL:**

Good afternoon.

The information regarding Robert Wharton's escape from City Hall was gathered by Attorney Cari Mahler. At that time, we had no background information on Wharton and really knew nothing about him, the case, his history, etc. We therefore started from scratch to uncover as much information as possible about Wharton's time in prison and criminal history.

Shortly after the Court requested that we participate as *amicus curiae*, Attorney Mahler obtained Wharton's prison adjustment records from the Pennsylvania Department of Corrections. Those documents included a memorandum (copy attached) dated July 23, 1986, to Erskind DeRamus, Deputy Commissioner, from Adrian Callender, addressing Wharton. Essentially, the document is an intake memo. Of particular relevance, it states, "Mr. Wharton reports that while in the Sheriff's custody at City Hall for court procedures, he attempted to escape when he was temporarily left alone by the sheriff's office staff. He said that he was reapprehended before he could exit the building, and he was never prosecuted for the attempted escape." This memo was attached as an exhibit to the OAG *amicus* brief and was in OAG's hearing binder as part of an exhibit.

As a result of finding the memo, Attorney Mahler looked at Wharton's criminal history and reviewed his Quarter Sessions files at the Criminal Justice Center, one of which pertained to the prosecution for his escape attempt. From the court file, she obtained the Written Guilty Plea Colloquy, arrest paperwork, criminal complaint, handwritten court docket entries, sentencing paperwork, and District Attorney Charging Unit High Bail Request form (all attached to the *amicus* brief and hearing exhibit binder). She also obtained the computer generated court dockets for the attempted escape case and the home invasion/robbery case (Wharton attempted to escape during the sentencing in the latter case).

Attorney Mahler then learned that Mr. Vega had been present in the City Hall courtroom during the escape and did a search online for any newspaper articles/information addressing the escape from City Hall. Mr. Vega's statement and the newspaper articles were also attached to our *amicus* brief and were in our hearing binder. Additionally, a general search on Westlaw for cases addressing Robert Wharton revealed that he had filed a civil suit against the sheriffs who shot him during the escape (also attached to the *amicus* brief and in hearing binder). As a result of the information already gathered, Attorney Mahler obtained the DOC medical records referencing Wharton's treatment for the gunshot wounds.

This information was not shared with the District Attorney's Office before the OAG filed its *amicus*

brief.

James P. Barker                                  Cari Mahler
Chief Deputy Attorney General                    Senior Deputy Attorney General

---

**From:** Owen Healy <Owen_Healy@paed.uscourts.gov>
**Sent:** Tuesday, June 28, 2022 11:48 AM
**To:** Summers, John S. <jss@hangley.com>; VanWyk, Claudia (FD) <Claudia_VanWyk@fd.org>;
McHugh, Elizabeth (FD) <Elizabeth_McHugh@fd.org>; max.kaufman@phila.gov;
nancy.winkelman@phila.gov; paul.george@phila.gov; Erdlen, Andrew M. <ame@hangley.com>;
drudovsky_krlawphila.com <drudovsky@krlawphila.com>; Barker, James
<jbarker@attorneygeneral.gov>; Mahler, Cari <cmahler@attorneygeneral.gov>
**Cc:** Chambers of Judge Mitchell S Goldberg
<Chambers_of_Judge_Mitchell_S_Goldberg@paed.uscourts.gov>
**Subject:** [ EXTERNAL ] Wharton v. Vaughn (E.D. Pa. 01-cv-6049) -- Request for Information

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel,

Please see below from Judge Goldberg.

Owen E. Healy
Law Clerk to the Honorable Mitchell S. Goldberg
(267) 299-7505

---

Dear Counsel,

At the hearing, I neglected to ask the Attorney General's Office how and when it learned of
Wharton's 1986 escape. I would also like to know whether, aside from docketed briefs, this
information was provided to the District Attorney's Office. I am requesting that the Attorney
General's Office provide this information by replying to this email, which will be docketed.

Mitch Goldberg

Judge Mitchell S. Goldberg
United States District Court
Eastern District of Pa.
601 Market Street
Philadelphia, PA 19106
(267) 299-7500

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

. SYO-501   1-64

COMMONWEALTH OF PENNSYLVANIA
July 23, 1986

SUBJECT:    WHARTON, Robert,
            Y-6874
            SID # 1-56-16-59-8

TO:       Erskind DeRamus
          Deputy Commissioner

FROM:

          Adrian Callender                BY:   William Conrad
          C&TM, EDCC                             CC III, EDCC

Mr. Robert Wharton, age 23, is serving a 12½ - 25 year sentence for Robbery,
Cr. Consp., and Burglary, with an effective date of April 21, 1986. There
are two (2) Burglary detainers listed from Phila. Common Pleas and he has a
deferred sentence detainer listed for 1st Degree Murder. Mr. Wharton denies
problems with drugs or alcohol, and he reports  prior  convictions for property
offenses.

Mr. Wharton reports that while in the Sheriff's custody at City Hall for court
procedures, he attempted to escape when he was temporarily left alone by
the sheriff's  office staff.  He said that he was reapprehended before he could
exit the building, and he was never prosecuted  for the attempted escape.

While in EDCC, Mr. Wharton has maintained a clear-conduct record.  He is in
II level status.

Mr. Wharton claims no enemies and there are no separations on file.

There are no medical and no psychological preclusions to transfer.

Staff recommends placement in III-L level status initially, and staff agrees
essentially with the program recommendations in the Classification Summary.

Staff recommends transfer to SCI-Huntingdon based on his high public risk scores,
his high custody score, and program considerations.  Mr. Wharton prefers SCI-
Graterford or SCI-Dallas placement.

AC/WC:slm

cc: file