# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>22-9001</u>

ROBERT WHARTON,
                                                 Appellant

v.

SUPERINTENDENT GRATERFORD SCI

(E.D. Pa. No. 2-01-cv-06049)

Present:  GREENAWAY, JR., BIBAS, and FUENTES, <u>Circuit Judges</u>

Unopposed Motion by Appellant for Sixty (60) Day Extension of Time
to File Brief and Appendix

Respectfully,
Clerk/dwb

_____ORDER_____

The foregoing motion is granted.

By the Court,

<u>s/Joseph A. Greenaway, Jr.</u>
Circuit Judge

Dated: August 11, 2022
cc:    Ronald Eisenberg, Esq.
         Stuart B. Lev, Esq.
         Matthew Stiegler, Esq.