IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHARTON,** *Petitioner*, v. **DONALD T. VAUGHN,** *Respondent*. | Civil Action No. 01-cv-6049 |

# ORDER

**AND NOW**, this 12th day of September, 2022, upon consideration of Respondents' "Motion to Cancel Hearing and Dismiss Allegations of Sanctionable Conduct" (ECF No. 300), "Emergency motion to Continue Hearing" (ECF No. 303), and "Response to Order to Show Cause" (ECF No. 312), and following a hearing held on June 23, 2022, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Respondents' "Motion to Cancel Hearing and Dismiss Allegations of Sanctionable Conduct" (ECF No. 300) is **DENIED**.

2. Respondents' "Emergency motion to Continue Hearing" (ECF No. 303) is **DENIED**.

3. The District Attorney's Office of Philadelphia and its attorneys as set forth in the accompanying memorandum opinion have violated Federal Rule of Civil Procedure 11(c).

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**