# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 22-9001

ROBERT WHARTON,
    Appellant

v.

SUPERINTENDENT GRATERFORD SCI

(E.D. Pa. No. 2-01-cv-06049)

Present:     GREENAWAY, JR., BIBAS, and FUENTES, Circuit Judges

Submitted are

    (1) Motion by the Pennsylvania Office of Attorney General relating to leave to file brief as Amicus Curiae

    (2) Response by Appellee Graterford SCI to motion for leave to file brief as Amicus Curiae

    (3) Response by Appellant in opposition to motion for leave to file brief as Amicus Curiae

    (4) Reply by The Pennsylvania Office of Attorney General Relating to its Status as Amicus Curiae

    (5) Motion by Appellant for Permission to Respond to the Attorney General's Reply and for Extension of Time until October 3, 2022 to file the Response in the above-captioned case.

                                                Respectfully,

                                                Clerk

_____ORDER_____

    The foregoing motion by the Pennsylvania Office of the Attorney General for leave to file a brief as amicus is granted. The motion by Appellant to file a response to the motion by Attorney General is denied.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: September 13, 2022
DWB/cc: Ronald Eisenberg, Esq.
Stuart B. Lev, Esq.
Matthew Stiegler, Esq.
James P. Barker, Esq.
Carl L. Mahler, Esq.