IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WHARTON,<br><br>          Petitioner,<br><br>v.<br><br>DONALD T. VAUGHN,<br><br>          Respondent. | CIVIL ACTION<br><br>No. 2:01-cv-06049-MSG<br><br>CAPITAL CASE |

### NOTICE OF APPEAL

Notice is hereby given that Respondents The Philadelphia District Attorney's Office, Paul George, and Nancy Winkelman hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in the above-captioned action on September 12, 2022. (ECF No. 315)

Dated: September 30, 2022

| | |
|---|---|
| KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| By: */s/ David Rudovsky*<br>    David Rudovsky (No. 15168)<br>    drudovsky@krlawphila.com | By: */s/ John S. Summers*<br>    John S. Summers (No. 41854)<br>    jsummers@hangley.com<br>    Andrew M. Erdlen (No. 320260)<br>    aerdlen@hangley.com |
| 718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106<br>(215) 925-4400 | One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 568-6200<br><br>*Counsel for Respondent The Philadelphia District Attorney's Office* |

## CERTIFICATE OF SERVICE

I, John S. Summers, hereby certify that on September 30, 2022, I caused the foregoing Notice of Appeal to be served on the following counsel of record via ECF:

| | |
|---|---|
| James P. Barker<br>Cari Mahler<br>Pennsylvania Office of Attorney General<br>16th Floor-Strawberry Square<br>Harrisburg, PA 17120 | Elizabeth McHugh<br>Claudia Van Wyk<br>Federal Community Defender Office<br>Capital Habeas Corpus Unit District Attorney's Office<br>601 Walnut Street, Suite 545 West 3<br>South Penn Square<br>Philadelphia, PA 19106 |

*/s/ John S. Summers*
John S. Summers

*Counsel for Respondent The Philadelphia District Attorney's Office*